In the Matter of ROBERT SALTZMAN et al., Copartners Doing Business as GRANT SQUARE LIQUOR STORE, et al., Appellants, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. The time for respondents to serve and file answers to the petition is extended for ten days from the entry of the order hereon. Present — Nolan, P. J., Adel, Wenzel and Beldock, JJ.; Carswell, J., not voting. [See ante, p. 732.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN TORRE, Relator, against WARDEN OF THE CITY PRISON OF THE CITY OF NEW YORK, BOROUGH OF MANHATTAN, et al., Respondents.— Writ sustained to the extent of reducing bail to $5,000 on each charge, making a total bail of $10,000. The relator is remanded to the custody of the Warden of the City Prison of the City of New York, Borough of Manhattan. Present — Nolan, P. J., Adel, MacCrate and Schmidt, JJ.